

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00819-CR

Rafael Reyes **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7442
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED January 15, 2014.

Sandee Bryan Marion, Justice